The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff <br><br> v. <br><br> DALE DUPREE CASEY, <br><br> Defendant. | NO. 2:20-CR-0020-RAJ <br><br> ORDER GRANTING LEAVE TO FILE RESPONSE IN EXCESS OF TWELVE PAGES |

The Court, having reviewed the United States' Motion for Leave to File Over-Length Brief, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #22) is GRANTED. The United States is granted leave to file its response to Defendant's Motion to Dismiss Count 2 in excess of 12 pages, but no more than 18 pages (excluding attachments or exhibits).

DATED this 27th day of March, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

Order for Leave to File Response in Excess of Twelve Pages
*United States v. Casey / 2:20-CR-00020-RAJ* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970