THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-0020-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENSE MOTION TO FILE OVERLENGTH REPLY |
| DALE DUPREE CASEY, | |
| Defendant. | |

Upon the motion of the Defense to file an Overlength Reply in excess of the 6-page limitation imposed by CrR 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that the Motion (Dkt. #25) is GRANTED and leave of court is hereby granted for the defendant to file a Reply not to exceed 7 pages.

IT IS SO ORDERED.

DATED this 27th day of March, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*United States v. Casey;* CR20-0020-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**