UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DALE DUPREE CASEY,<br><br>Defendant. | NO.   2:20-CR-0020-RAJ<br><br><br>ORDER GRANTING LEAVE<br>TO FILE SUR-REPLY |

The Court, having reviewed the United States' Motion for Leave to File a Sur-Reply, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #28) is GRANTED.  The United States is granted permission to file a sur-reply not to exceed two pages, limited to the issues identified in the United States' motion.

DATED this 27th day of March, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970