THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-0020-RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING MOTION TO |
| v. | ) | SEAL EXHIBITS 4, 6 AND 7 TO |
| | ) | RESPONSE TO MOTION TO VACATE |
| DALE DUPREE CASEY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER has come before the undersigned on the motion of Defendant Dale Dupree Casey to file Exhibits 4, 6 and 7 to Defendant's Response to Motion to Vacate under seal. The Court finds there are compelling reasons to permit the filing of the depictions under seal.

IT IS HEREBY ORDERED that Defendant's Motion to Seal (Dkt. #36) is GRANTED. Defendant shall be permitted to file Exhibits 4, 6 and 7 to Defendant's Response to Motion to Vacate under seal.

DATED this 22nd day of April, 2020.

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO SEAL
(*United States v. Casey*, CR20-0020-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**