The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-0020-RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER GRANTING LEAVE TO FILE OVERLENGTH BRIEF |
| DALE DUPREE CASEY, | |
| Defendant. | |

The Court, having reviewed the United States' Motion for Leave to File Overlength Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #57) is GRANTED. The Court GRANTS permission for United States' to file its response to Defendant's Emergency Motion to Reopen Bond Under the Fifth, Sixth, and Eighth Amendment, 18 U.S.C. § 3142(f), and/or 18 U.S.C. § 3142(i) (Dkt. 56) in excess of 12 pages, but no more than 17 pages (excluding attachments or exhibits).

DATED this 28th day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR LEAVE TO FILE OVERLENGTH BRIEF
*United States v. Casey,* CR20-0020-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970