THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DALE DUPREE CASEY, ) <br> ) <br> Defendant. ) <br> ) | No. CR 20-0020-RAJ <br><br> ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH REPLY |

THIS MATTER comes before the Court upon Defendant Dale Dupree Casey's motion to file an overlength reply brief in excess of the 6-page limitation imposed by CrR 12(b)(5) of the Rules of the United States District Court for the Western District of Washington.  Having considered the motion, and the files and pleadings herein, and finding good cause,

IT IS HEREBY ORDERED that Defendant's Motion (Dkt. #60) is GRANTED. Defendant is granted leave of the court to file a reply brief not to exceed 9 pages.

DATED this 28th day of July, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION TO FILE OVERLENGTH REPLY
(*United States v. Casey;* CR20-0020-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100