The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br> v.<br><br>DALE DUPREE CASEY,<br><br>     Defendant. | NO. 2:20-cr-00020-RAJ<br><br>ORDER DENYING MOTION<br>FOR RECONSIDERATION |

   This matter comes before this Court on Defendant Dale Dupree Casey's Motion for Reconsideration of Order Denying Defendant's Emergency Motion to Reopen Bond. Dkt. # 65.  Having thoroughly considered the parties' briefing and the relevant record, the Court hereby **DENIES** the motion for the reasons explained herein.

   Motions for reconsideration are generally disfavored.  Local Rule W. D. Wash. LCR 12(b)(13)(A).  The Rule goes on to note that the court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to the attention of the court earlier with reasonable diligence.

   The defendant does not allege manifest error in the Court's prior order but narrows his argument to the new facts component of the Rule.  Specifically, he contends there are now 7 positive tests for COVID-19 for prisoners, 2 for staff with 1 recovered at the Federal Detention Center at SeaTac.  Dkt. # 65.  The government acknowledges that as of August 24,

ORDER DENYING MOTION FOR RECONSIDERATION – 1

1    2020 the facility had 24 inmates and 5 employees who tested positive for the virus.

2    Dkt. # 66.  While any number of positives of the virus are of significant concern to this

3    Court, it would appear the potential effects of COVID-19 at that facility would be minimal

4    considering the current pandemic record at the FDC-SeaTac.

5    The defendant's motion is devoid of any showing that the FDC-SeaTac is unequipped

6    to provide appropriate medical treatment if he were to become infected with the virus.  Nor

7    does the defendant assert any facts to demonstrate that he faces a greater risk while in

8    custody than what he would face in the community upon his release.

9    Moreover, the government has provided evidence that the defendant's housing unit

10   has had no positive tests and has not been placed in quarantine.  In addition, there are no

11   known medical issues of COVID-19 exposures regarding Mr. Casey.  Dkt. # 66 and see

12   Ex. 1.  These facts alone are sufficient to deny the defendant's motion.

13   Notwithstanding the issue of COVID-19, the defendant's motion ignores the thrust of

14   the Court's prior Order, Dkt. # 63, pgs. 6-7, wherein the Court noted:  "Defendant has failed

15   to present new information that has a material bearing on whether there are conditions of

16   release that will reasonably assure his appearance at trial and the safety of any other person

17   and the community."

18   The Court reaffirms its prior ruling that the defendant's motion does not counter or

19   diminish the defendant's numerous failures to appear or his criminal history, which includes

20   seven convictions for assault, among various other offenses.  The Court finds no reason to

21   vary from the critical concern in denying this or the original motion.

22   This Court has also considered the defendant's Motion for Leave to File a Reply to

23   the Government's Response.  Dkt. # 67.  That reply has been considered, but it does not

24   change the outcome of the Court's ruling.

25   ///

26   ///

27   ///

28   ///

ORDER DENYING MOTION FOR RECONSIDERATION – 2

1         For the reasons stated above, the Court **DENIES** defendant's Motion for

2   Reconsideration of Order Denying Defendant's Emergency Motion to Reopen Bond and

3   **GRANTS** Defendant's Motion for Leave to File a Reply to the Government's Response.

4

5         DATED this 26th day of August, 2020.

6

7                                      _____

8                                      The Honorable Richard A. Jones

9                                      United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER DENYING MOTION FOR RECONSIDERATION – 3