THE HONORABLE RICHARD A. JONES

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:20-cr-00020-RAJ |
| Plaintiff, | ORDER RESETTING TRIAL DATE |
| vs. | |
| DALE DUPREE CASEY, | |
| Defendant. | |

On August 31, 2020, the Court held a telephonic status conference with the parties to address resetting the trial date in this matter. Based on General Orders 02-20, 03-20, and 11-20 of the United States District Court for the Western District of Washington addressing measures to reduce the spread and health risks from COVID-19, which are incorporated herein by reference, the Court hereby FINDS that trial in this case cannot safely proceed at this time. As a result, the failure to grant a continuance of the trial date in this case would likely result in a miscarriage of justice.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by continuing the trial in this case outweighs the best interest of the public and the defendant to a speedy trial. IT IS THEREFORE ORDERED that the trial date in this matter is reset for December 7, 2020 at 9:00 a.m.

ORDER RESETTING TRIAL DATE - 1

IT IS FURTHER ORDERED that the period of time from the date of this Order until the new trial date of December 7, 2020, is excluded time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

DATED this 31st day of August, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER RESETTING TRIAL DATE - 2