Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DALE DUPREE CASEY,<br><br>Defendant. | CASE NO. CR20-00020-RAJ<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT |

The government's unopposed Motion to Dismiss Indictment is hereby GRANTED. Pursuant to Fed. R. Crim. Proc. 48(a), the Indictment against Defendant Dale Dupree Casey is dismissed with prejudice.

DATED this 5th day of November, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge